**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Nancy Martinez Garcia

Plaintiff,

v.

Case No.: 1:26−cv−09057
Honorable Manish S. Shah

David J Venturella

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 31, 2026:

MINUTE entry before the Honorable Manish S. Shah: The motion to enforce judgment [14] is denied. The court entered a conditional writ of habeas corpus, ordering the respondents to provide petitioner with an individualized release hearing under 8 U.S.C. s. 1226(a) within seven days or release petitioner. See [13]. Within a few days of this court's order, the immigration court conducted a release hearing at which petitioner was represented by counsel and had the assistance of an interpreter. The presiding official considered evidence, argument from counsel, questioned the petitioner about her driver's license and car insurance, and articulated his reasons to deny petitioner's release. See [18] (audio recording of hearing). That hearing complied with this court's writ. Although petitioner has arguments to suggest the immigration decision was wrong, those merits arguments are beyond the scope of the writ in this case. Petitioner may also have arguments challenging the validity of the process (including the available administrative appellate relief) in the immigration system. But those too are outside the scope of this case. The clerk shall enter judgment in favor of petitioner and against respondents, awarding petitioner an individualized release hearing under 8 U.S.C. § 1226(a) within seven days of 8/17/26 or release on her own recognizance. The government has complied with that judgment. The judgment is without prejudice to petitioner pursuing claims that accrued after the 8/17/26 decision in this case. Terminate civil case. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.